UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Richard Guzman.,

                                         Plaintiffs,        **ORDER RE STATUS CONFERENCE**

                                                                          7:23-cv-08942-KMK-VR

                   -against-

City of Yonkers, et al.,

                                         Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled **March 27, 2024 at 11:30 AM**. The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 203332045 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

       (1) a brief summary of claims, defenses, and relevant issues;
       (2) the basis of subject matter jurisdiction;
       (3) the subjects on which discovery may be needed;
       (4) any anticipated discovery disputes or sought-after limitations on discovery;
       (5) any plans for electronic discovery and ESI protocols;
       (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
       (7) any anticipated motions; and
       (8) the prospects and timing for early settlement or resolution.

       **SO ORDERED.**

DATED:    White Plains, New York
                February 15, 2024

                                                        _____
                                                        VICTORIA REZNIK
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/2024