## CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

Andrew J. Campanelli
*Member of NY & CT Bar*

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516) 746-1600
Facsimile (516) 746-2611

*COUNSEL*

George B. McPhillips
*1930-1994*

Jean M. Smyth
Patricia M. Mackreth

September 19, 2024

*Via NYSD ECF*
Hon. Kenneth M. Karas
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Richardo Guzman v. City of Yonkers, et. al.
Docket no. 23-cv-08942-KMK-VR

Honorable Sir:

My firm represents the plaintiff in the above-referenced matter.

As your Honor may recall, we filed a letter on March 5, 2024 [Dkt. No. 30] stating that the parties agreed to attend a global settlement conference before the Honorable Victoria Reznik to settle this case and three others. We also jointly requested a stay of discovery until the completion of the global settlement conference, which your Honor granted [Dkt. No. 33].

It was our understanding that the telephone conference scheduled before you today at noon would be adjourned in light of the discovery stay and pending settlement conference. In speaking with your Clerk today, we discovered that the conference was still listed on your Honor's calendar. Your Clerk suggested that because of the settlement conference with Judge Reznik, we contact defense counsel and inform them that there would be no telephone conference today and to obtain their consent to an adjournment of same and file the appropriate letter motion to the Court.

We respectfully request, therefore, with the consent of the defense counsel, that the telephone conference call scheduled for today at noon be adjourned, pending the outcome of the settlement conference scheduled by Magistrate Judge Victoria Reznik for October 30, 2024.

We thank the Court for its courtesies in this matter.

Respectfully submitted,

*/s/ Andrew J. Campanelli*
Andrew J. Campanelli

cc: *All parties via ECF*

Granted. The conference is adjourned to 1/22/25, at 11:30. The Parties are to provide a status of the case by no later than 11/13/24.

So Ordered.
9/19/24